**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Ronald Matthew Wanser Jr., aka Ronald
Wanser, aka Ronald M. Wanser, aka Ronald
Matthew Wasner, aka Ronald Wanser, Jr., aka
Ronald M. Wanser, Jr.**

**BK NO. 25-01963 MJC**

**Chapter 13**

**Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-NC1 Trust, Mortgage Pass Through Certificates ,Series 2007-NC1 and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
27 Aug 2025, 12:34:23, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 831a83a98e3c9d2fa2d09bb5469fa9550d54a54aa8aeb2aed455bffcdf3f1fe4