United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                Case No. 25-01963-MJC

Ronald Matthew Wanser, Jr.                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                                Page 1 of 4

Date Rcvd: Aug 25, 2025                  Form ID: ntcnfhrg                          Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald Matthew Wanser, Jr., 109 Yorktown Drive, Hazle Township, PA 18201-7015 |
| 5726472 | + | First Bank Trust Mercury, PO Box 10497, Greenville, SC 29603-0497 |
| 5726487 | | OppLoans, Attn: Bankruptcy, 1 Prudential Plz, 130E, Chicago, IL 60601 |
| 5731170 | + | Roadmaster Drivers School, P.O. Box 22467, St. Petersburg, FL 33742-2467 |
| 5726492 | | Roadmaster PA Rdsco, 11300 4th St N, Saint Petersburg, FL 33716-2918 |
| 5726501 | | Tbom/cci Mc, 14600 Northwest, Beaverton, OR 97006 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Aug 25 2025 18:49:00 | American Express National Bank, c/o Zwicker & Asso, c/o Zwicker & Associates P.C, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-1041, UNITED STATES 01810-0943 |
| 5726452 | ^ | MEBN | Aug 25 2025 18:44:12 | Aidvantage, PO Box 3229, Wilmington, DE 19804-0229 |
| 5726453 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 25 2025 18:56:33 | Aidvantage, Attn: Bankruptcy, PO Box 300001, Greenville, TX 75403-3001 |
| 5727922 | + | Email/Text: bkfilings@zwickerpc.com | Aug 25 2025 18:49:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5726455 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2025 18:56:41 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5726454 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2025 18:56:39 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5726460 | | Email/Text: CantonRecoveryGroup@cbna.com | Aug 25 2025 18:49:00 | Community Bank, PO Box 509, Canton, NY 13617 |
| 5726465 | | Email/Text: cfcbackoffice@contfinco.com | Aug 25 2025 18:48:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808-2930 |
| 5726464 | | Email/Text: cfcbackoffice@contfinco.com | Aug 25 2025 18:48:00 | Continental Finance Co, PO Box 8099, Newark, DE 19714-8099 |
| 5726466 | | Email/Text: cfcbackoffice@contfinco.com | Aug 25 2025 18:48:00 | Continental Finance Company, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 5726467 | | Email/Text: cfcbackoffice@contfinco.com | Aug 25 2025 18:48:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 5726457 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2025 18:55:53 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5726456 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 25 2025 18:56:10 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5728336 | | Email/Text: mrdiscen@discover.com | | |
| | | | Aug 25 2025 18:48:00 | Capital One, N.A., successor by merger to Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5726458 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 25 2025 18:56:38 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5726459 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 25 2025 18:56:46 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5726461 | + | Email/Text: rnewton@communitybank.tv | | |
| | | | Aug 25 2025 18:49:00 | Community Bank, 2111 North Franklin Dr.,Ste 200, Washington, PA 15301-5893 |
| 5726463 | | Email/Text: bankruptcy@connexuscu.org | | |
| | | | Aug 25 2025 18:49:00 | Connexus Credit Union, Attn: Bankruptcy Department, PO Box 8026, Wausau, WI 54402-8026 |
| 5726462 | | Email/Text: bankruptcy@connexuscu.org | | |
| | | | Aug 25 2025 18:49:00 | Connexus Credit Union, 1 Corporate Dr, Wausau, WI 54401-1722 |
| 5726468 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Aug 25 2025 18:55:26 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5726469 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Aug 25 2025 18:54:42 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5726470 | | Email/Text: mrdiscen@discover.com | | |
| | | | Aug 25 2025 18:48:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5726471 | | Email/Text: mrdiscen@discover.com | | |
| | | | Aug 25 2025 18:48:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5726473 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 25 2025 19:07:08 | First Digital Fdc Synovus Bank, PO Box 10497, Greenville, SC 29603-0497 |
| 5726474 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Aug 25 2025 18:54:55 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5726475 | ^ | MEBN | | |
| | | | Aug 25 2025 18:44:29 | Fortiva Credit Card, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5726476 | ^ | MEBN | | |
| | | | Aug 25 2025 18:44:35 | Ignite/fb&t/fa2/deserv, PO Box 57760, Murray, UT 84157-0760 |
| 5735795 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Aug 25 2025 18:49:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5734975 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Aug 25 2025 18:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5726477 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Aug 25 2025 18:49:00 | Jefferson Capital Syst, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5726478 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Aug 25 2025 18:49:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5726479 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 25 2025 18:55:26 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 5726480 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 25 2025 18:55:52 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 5727117 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 25 2025 18:56:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5726481 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 25 2025 18:56:06 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5726485 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | Aug 25 2025 18:48:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |

| Recipient ID | | Delivery Method | Date/Time | Name / Address |
|---|---|---|---|---|
| 5726484 | | Email/Text: ml-ebn@missionlane.com | Aug 25 2025 18:48:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 5726483 | | Email/Text: bankruptcy@marinerfinance.com | Aug 25 2025 18:48:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5726482 | | Email/Text: bankruptcy@marinerfinance.com | Aug 25 2025 18:48:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5727155 | + | Email/PDF: cbp@omf.com | Aug 25 2025 18:54:35 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5726486 | | Email/Text: opportunitynotices@gmail.com | Aug 25 2025 18:49:00 | OppLoans, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 5726490 | | Email/Text: ProsperBK@prosper.com | Aug 25 2025 18:49:00 | Prosper Funding LLC, Attn: Bankruptcy, 221 Main St, Ste 300, San Francisco, CA 94105-1909 |
| 5726488 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2025 18:49:00 | Prosper Card, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5726489 | | Email/Text: ProsperBK@prosper.com | Aug 25 2025 18:49:00 | Prosper Funding LLC, 221 Main St, San Francisco, CA 94105-1906 |
| 5731967 | + | Email/Text: bncmail@w-legal.com | Aug 25 2025 18:49:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5731192 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2025 18:49:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5727118 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2025 18:55:58 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5726491 | + | Email/Text: RoadmasterBNK@roadmaster.com | Aug 25 2025 18:49:00 | Roadmaster Driver Scho, 11300 4th St N, Saint Petersburg, FL 33716-2940 |
| 5726493 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 25 2025 18:49:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 5726494 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 25 2025 18:49:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5726496 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2025 18:56:16 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5726495 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2025 18:54:39 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5726498 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2025 18:55:49 | Synchrony Bank/Shopnbc, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5726497 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2025 18:54:35 | Synchrony Bank/Shopnbc, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5726499 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2025 18:55:21 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5726500 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2025 18:54:34 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5726502 | | Email/Text: bknotice@upgrade.com | Aug 25 2025 18:48:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 5726504 | | Email/PDF: cbp@omf.com | Aug 25 2025 18:56:17 | WebBank/OneMain, Attn: Bankruptcy, 215 S State St, Ste 1000, Salt Lake City, UT 84111-2336 |
| 5726503 | | Email/PDF: cbp@omf.com | Aug 25 2025 18:56:42 | WebBank/OneMain, PO Box 3316, Evansville, IN 47732-3316 |
| 5726505 | ^ | MEBN | Aug 25 2025 18:43:56 | Weltman Weinberg and Reis Co. LPA, 520 Walnut Street, Ste 1355, Philadelphia, PA 19106-3602 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Ronald Matthew Wanser Jr. MyLawyer@JPPLaw.com, g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |

| In re: | |
|---|---|
| Ronald Matthew Wanser, Jr., <br> aka Ronald M. Wanser, aka Ronald Wanser, aka Ronald Matthew Wasner, aka Ronald M. Wanser, Jr., aka Ronald Wanser, Jr., <br> **Debtor 1** | Chapter 13 <br><br> Case No. 5:25−bk−01963−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 25, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court <br> Max Rosenn US Courthouse, <br> Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 2, 2025 <br><br> Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 25, 2025 |

ntcnfhrg (08/21)